IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02278-PAB-CBS

JACINTO BARRON,
    Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS,
    Defendant.

---

ORDER FOR SERVICE OF SECOND AMENDED PRISONER COMPLAINT

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court for service of the Second Amended Prisoner Complaint (Doc. # 24) on Defendant Colorado Department of Corrections. Pursuant to the Order Referring Case dated August 28, 2012 (Doc. # 9), this case was referred to the Magistrate Judge. On January 18, 2012, Plaintiff was granted leave to proceed *in forma pauperis*. (*See* Doc. # 4). On January 18, 2013, Plaintiff filed his Second Amended Prisoner Complaint naming the Colorado Department of Corrections as the only Defendant. (*See* Doc. # 24). It is now

    ORDERED that, as appropriate, the Clerk of the Court shall attempt to obtain a waiver of service from Defendant Colorado Department of Corrections, 2862 South Circle, Colorado Springs, CO 80906. If the Clerk is unable to do so, the United States Marshal shall serve a copy of the Second Amended Prisoner Complaint (Doc. # 24) and summons upon Defendant Colorado Department of Corrections. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to

Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that after service of process, Defendant Colorado Department of Corrections shall respond to the Second Amended Prisoner Complaint as provided for in the Federal Rules of Civil Procedure.

Dated at Denver, Colorado this 15th day of February, 2013.

BY THE COURT:


　　　　　　　　　　　　　　　　　　　s/ Craig B. Shaffer
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge