**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02278-PAB-CBS

JACINTO BARRON,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Accepting Magistrate Judge's Recommendation of Judge Philip A. Brimmer entered on September 27, 2013 it is

    **ORDERED** that the Recommendation of United States Magistrate Judge [Docket No. 41] is **ACCEPTED**. It is

    **FURTHER ORDERED** that the Defendant's Motion to Dismiss [Docket No. 29] is **GRANTED**. It is

    **FURTHER ORDERED** that this matter, and all claims asserted therein, is dismissed without prejudice.

Dated at Denver, Colorado this 27th day of September, 2013.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                s/Kathy Preuitt-Parks
                Kathy Preuitt-Parks
                Deputy Clerk